Dec. 30, 2014 Am.

Benny Walker TDCJ #01877490
James V. Allred Unit
2101 F.M. 369 N.
IOWA PARK, TEXAS 76367

TO: The Clerk of Court
1st Supreme District
Court of Appeals,

My name is Benny Joseph Walker and my case is on Direct Appeal in your Court. Cause No.'s 01-13-00739, 01-13-00740, 01-13-00741, 00-13-00742 on appeal from trial court Cause No.'s 16,407; 16,408; 16,409; 16,410.

I have contacted my appelate attorney and the clerk of Court at 21st district court asking for copies of my indictment and trial transcript to NO avail.

Can you please send me

(1) Clerk's Record (motions, affidavits, warrants, indictments, sentence of conviction)

(2) Reporter's Record

Please reply at your earliest opportunity. I thank you for your time and consideration.

Benny Walker

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 16 2015

CHRISTOPHER A. PRINE
CLERK

Benny Walker TDCJ #01877490
James V. Allred Unit
2101 Fm. 369 N.
Iowa Park, Texas 76367

Christopher A. Prine
Clerk of Court
1st Supreme District
Court of Appeals
301 Fannin St.
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
JAN 1 3 2015
CHRISTOPHER A. PRINE

CLERK RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
JAN 16-2015
CHRISTOPHER A. PRINE
CLERK

NORTH TEXAS TX PRDC
DALLAS TX 750
13 JAN 2015 PMG L

7700220665S

Legal